UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JOSEPH HENDERSON, SR.** | * | **CIVIL ACTION NO. 15-2907** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **OFFICE DEPOT, INC.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Office Depot, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(6) [Doc. No. 27] is GRANTED IN PART AND DENIED IN PART. To the extent that Plaintiff asserts claims under 42 U.S.C. §§ 1985 and 1986, the motion is GRANTED, and those claims are DISMISSED WITHOUT PREJUDICE. The motion is otherwise DENIED.

MONROE, LOUISIANA, this 10th day of November, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE