UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH HENDERSON, SR. | * | CIVIL ACTION NO. 3:15-CV-02907 |
| Plaintiff | * | |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| | * | |
| OFFICE DEPOT, INC. | * | MAGISTRATE JUDGE |
| Defendant | * | |
| | * | RICHARD L. BOURGEOUS |
| | * | |
| | * | JURY TRIAL DEMANDED |

* * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S VOLUNTARY MOTION TO DISMISS ALL CLAIMS

Plaintiff, Joseph Henderson, Sr., through undersigned counsel, respectfully moves the Court to dismiss all of Plaintiff's claims in Case No. 15-02907, with prejudice, against Defendant Office Depot, Inc.  The parties have amicably resolved all matters therein.

WHEREFORE, Plaintiff prays that this motion be granted as set forth above.

Respectfully submitted, this 21st day of November, 2017.

s/ G. Karl Bernard
G. Karl Bernard (#24294)
G. KARL BERNARD & ASSOCIATES, LLC
1615 Poydras Street, Suite 220
New Orleans, Louisiana  70112
Telephone:     (504) 412-9953
Facsimile:      (504) 412-8088
E-mail:          karl.bernard@karlbernardlaw.com

**Attorneys for Plaintiff, Joseph Henderson, Sr.**

1

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 21st day of November, 2017, I electronically filed the

foregoing Motion for Leave to File Plaintiff's First Amended Complaint with the Clerk of Court

and have served all parties who have appeared in this matter by using the CM/ECF system.


s/G.Karl Bernard_____
G. Karl Bernard