UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JOSEPH HENDERSON, SR.** | **CIVIL ACTION NO. 15-2907** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **OFFICE DEPOT, INC.** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

Upon Consideration,

IT IS ORDERED, ADJUDGED, AND DECREED that the Voluntary Motion to Dismiss All Claims [Doc. No. 56], filed by Plaintiff Joseph Henderson, Sr., is GRANTED, and any and all claims and causes of action asserted by Plaintiff against Defendant Office Depot, Inc. are DISMISSED WITH PREJUDICE.

Monroe, Louisiana, this 27th day of November, 2017.

_/s/ Robert G. James_
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE